Order issued January 16, 2013



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01729-CV

### IN RE RODOLFO HERNANDEZ, Relator

Original Proceeding from the 363rd Judicial District Court
Dallas County, Texas
Trial Court Cause No. F12-11218

## ORDER

Before Justices O'Neill, Francis, and Murphy

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus.

We **ORDER** that relator bear the costs of this original proceeding.


MOLLY FRANCIS
JUSTICE